THOMAS S. NAPIER et al., Individually and as Members of the Firm of NAPIER & KELLER, Appellants, v. CHARLES SPIELMANN et al., as Surviving Members of the Firm of SPIELMANN & COMPANY, et al., Respondents.

*Napier* v. *Spielmann*, 127 App. Div. 567, affirmed.
(Argued November 15, 1909; decided November 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover treble damages for an alleged forcible entry and detainer.

*J. Noble Hayes* for appellants.

*Charles E. Rushmore* for respondents.

Judgment affirmed, with costs, on opinion of HOUGHTON, J., below.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.